# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MILDRED MOSER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EAST CENTRAL MISSOURI BEHAVIORAL HEALTH SERVICES, INC. d/b/a ARTHUR CENTER COMMUNITY HEALTH,<br><br>*Defendant*. | No. 2:25-cv-00020 HEA |

## *DEFENDANT'S MOTION TO RECALL AND STAY REMAND ORDER PENDING APPEAL*

Defendant East Central Missouri Behavioral Health Services, Inc., d/b/a Arthur Center Community Health ("Arthur Center") moves for an order recalling, and staying the execution and effect of, the Court's September 9, 2025 remand decision and order, ECF Nos. 15, 16, pursuant to Fed. R. Civ. P. 62(a), and Fed. R. App. P. 8. Because Arthur Center removed this action pursuant to 28 U.S.C. § 1442(a)(1), the remand order is appealable as a matter of right under 28 U.S.C. § 1447(d). Accompanying this Motion is a memorandum of points and authorities and a proposed order.

WHEREFORE, Defendant respectfully requests the relief set forth in the Proposed Order filed herewith.

DATED: September 22, 2025              Respectfully submitted,

 /s/ *James Daniel Ribaudo*
James Daniel Ribaudo    #67232MO
GAUSNELL O'KEEFE & THOMAS LLC
1717 Park Avenue
St. Louis, MO 63104
Tel: 314.257.9807
Fax: 314-257-9801
jribaudo@gotlawstl.com

*Attorneys for Defendant East Central Missouri Behavioral Health Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2025, this motion was filed via CM/ECF and served on all counsel of record.

 /s/ *James Daniel Ribaudo*