**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 03, 2026

James Gerard Stranch IV
STRANCH & JENNINGS
Suite 200, Freedom Building
223 Rosa L. Parks Avenue
Nashville, TN 37203

RE: 25-2990 Mildred Moser v. East Central MO Behavioral Health Svcs, Inc.

Dear Counsel:

The status report due on January 30, 2026 has been filed pursuant to this Court's Order of December 16, 2025. Please file with this office a status report regarding developments in the case by March 20, 2026.

Susan E. Bindler
Clerk of Court

BNW

cc: Clerk, U.S. District Court, Eastern District of Missouri
Matthew Sidney Freedus
Colleen Garvey
John F Garvey Jr.
Michael C. Iadevaia
James Daniel Ribaudo
Ellen Thomas
Grayson Wells

District Court/Agency Case Number(s): 2:25-cv-00020-HEA